UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61641-CIV-MARRA/JOHNSON

Richard Jones,

    Plaintiff,

vs.

WATALUNCH GROUP, INC., a Florida
Corporation, BRUCE HORNER, individually,
MARSHALL HORNER, individually,
MARISSA HORNER, individually and
DEBBY HORNER, individually,

    Defendants.
_____/

## DISMISSAL WITHOUT PREJUDICE OF INDIVIDUAL DEFENDANTS DEBBY HORNER, MARSHALL HORNER AND MARISSA HORNER

This Cause is before the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed July 31, 2007 (DE 20). The Court has reviewed the Notice, the pertinent portions of the record, and is otherwise advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** that all claims against Defendants Debby Horner, Marshall Horner, and Marissa Horner; are hereby **DISMISSED WITHOUT PREJUDICE**

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 7th day of August, 2007.

_____
KENNETH A. MARRA
United States District Judge